# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Northern Oil and Gas, Inc., | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Montana Oil Properties, Inc., S. Reger Family, Inc., Beartooth Ridge Resources, Inc., Kootenai Resource Corporation, | ) Case No. 4:15-cv-163 |
| Defendants. | ) |

On July 26, 2016, the parties filed what the court construes as a stipulation to amend the court's scheduling order. The court **ADOPTS** the stipulation (Docket No. 32) and **AMENDS** its scheduling order as follows:

3. The parties shall have until September 30, 2016, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall make its disclosures on or before October 31, 2016; and

    b. Defendants shall make their disclosures on or before November 30, 2016.

5. The parties shall have until January 5, 2017, to complete discovery depositions of expert witnesses.

7. All parties shall have until April 8, 2016, to move to amend pleadings to add claims or defenses. However, the parties shall have until October 31, 2016, to move to amend pleadings to assert a claim for punitive damages.

1

8. The parties shall have until January 13, 2017, to file other nondispostive motions (e.g., consolidation, bifurcation).

**IT IS SO ORDERED.**

Dated this 28th day of July, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court